

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Allen L. Berry, Joseph D. McCord, and Robert G. Taylor, II v.
                                 Encore Bank

Appellate case number:   01-14-00246-CV

Trial court case number:  2010-63264

Trial court:                       152nd District Court of Harris County

Date motion filed:           July 1, 2015

Party filing motion:         Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown _____
                       ☒ Acting individually    ☐ Acting for the Court

Panel consists of: <u>Keyes, Higley, and Brown</u>

Date: <u>September 22, 2015</u>